Opinion issued July 22, 2025



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-25-00071-CV

———————————

**NATASHA WILKERSON, Appellant**

**V.**

**2800 TRANQUILITY, Appellee**

---

**On Appeal from the County Court at Law No. 4 and Probate Court**
**Brazoria County, Texas**
**Trial Court Case No. CI67862**

---

## MEMORANDUM OPINION

The clerk's record includes a "Petition to Withdraw Appeal" filed by appellant, Natasha Wilkerson. Construing appellant's filing as a motion for voluntary dismissal of this appeal, we grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1), 43.2(f). We dismiss any other pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Adams and Justices Caughey and Johnson.